# IN THE SUPREME COURT OF THE STATE OF NEVADA

WARREN HAVENS,
                          Appellant,
                    vs.
ARNOLD LEONG; AND CHERYL CHOY,
                          Respondents.

No. 84471

FILED

MAY 24 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a notice of intent to file a notice of appeal. Eighth Judicial District Court, Clark County; Elham Roohani, Judge.

Preliminary review of the notice and documents before this court reveals a jurisdictional defect. Specifically, appellant appeals from the district court's minute order. The district court's minute order is not effective and cannot be appealed. *State, Div. of Child & Family Servs. v. Eighth Judicial Dist. Court*, 120 Nev. 445, 454, 92 P.3d 1239, 1245 (2004). Accordingly, it appears that this court lacks jurisdiction, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Stiglich                        Herndon

---

[1]Additionally, in his docketing statement for a related appeal in Docket No. 84309, appellant states in regard to this appeal that the "district court created this appeal. I did not. . . . It is not a Notice of Appeal."

22-16440

cc: Hon. Elham Roohani, District Judge
Warren Havens
Ben's Law
Eighth District Court Clerk